**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**


DIANA HOLDCRAFT                                                          PLAINTIFF


VS.                              CIVIL ACTION NO. 4:12CV00520 KGB/JTR


HOME DEPOT USA INC.                                          DEFENDANT


## <u>ORDER</u>

The parties have reached a settlement following a conference before United States Magistrate

Judge J. Thomas Ray held on 05/29/2013.  The settlement agreement which the Court dictated into

the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall

not be disclosed without a court order.  Exhibit C-1, is marked as the Court's Exhibit and is sealed

and made apart of the agreement.

IT IS SO ORDERED, this 29th day of May, 2013.


_____
UNITED STATES MAGISTRATE JUDGE