**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DIANA HOLDCRAFT                                                                                        PLAINTIFF

VS.                              CIVIL ACTION NO. 4:12CV00520 KGB/JTR

HOME DEPOT USA INC.                                                                         DEFENDANT

## ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 05/29/2013.  The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.  Exhibit C-1, is marked as the Court's Exhibit and is sealed and made apart of the agreement.

IT IS SO ORDERED, this 29th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE