**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DIANA HOLDCRAFT**                                                                            **PLAINTIFF**

**v.**                                        **No. 4:12CV00520 KGB**

**HOME DEPOT USA, INC.**                                                              **DEFENDANT**

## ORDER

The parties have filed a stipulation for dismissal of this action with prejudice (Dkt. No. 32).  Accordingly, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Defendant's pending motion for summary judgment is denied as moot, based on the parties' stipulation of dismissal (Dkt. No. 18).

SO ORDERED this 1st day of July, 2013.

_____
Kristine G. Baker
United States District Judge